| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hayden, Katharine S. | US District Court - DNJ | 05/15/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court USPO & Courthouse Building Newark, New Jersey 07101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Seton Hall University School of Law |
| 2. Board of Directors | Federal Judges Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 19 A 9:55 FINANCIAL DISCLOSURE OFFICE

Hayden_Katharine_S

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Seton Hall university School of Law, Adjunct Professor - Winter Intersession | $2,000.00 |
| 2. 2008 | Seton Hall University School of Law, Adjunct Professor - Spring Term | $6,000.00 |
| 3. 2008 | Seton Hall University School of Law, Adjunct Professor - Fall Term | $6,000.00 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Partner, Law Firm - ███████████████ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Sedona Conference | 4/16/2008-4/19/2008 | Sedona, AZ | Conference | Faculty for Seminar on Complex Litigation |
| 2. Federal Judge Association | 5/3/2008-5/4/2008 | Pentagon City, Virginia | Annual FJA Board Meeting | FJA Board of Directors Meeting (Transportation, Meals) |
| 3. Federal Judge Association | 12/2/2008-12/3/2008 | Washington, DC | FJA Meeting | FJA Board Meeting (Transportation) |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | -    05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. - Alcoa Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 5/12 | J | | |
| 3. - Arbor Realty Trust Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 4/28 | J | | |
| 4. | | | | | Sold (part) | 5/12 | J | | |
| 5. - Consolidated Edison Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 3/25 | J | | |
| 6. - Duke Energy Corp. (Holding Company) Common Stock | A | Dividend | J | T | Buy (add'l) | 3/5 | J | | |
| 7. - Encana Corp-Cad Common Stock | A | Dividend | K | T | | | | | |
| 8. - Enterprise Prods Partners LP Common Stock | B | Distribution | J | T | | | | | |
| 9. - GlaxoSmithKline PLC SP ADR Common Stock | A | Dividend | J | T | | | | | |
| 10. - JP Morgan Chase & Co. Common Stock | A | Dividend | J | T | Buy (add'l) | 8/8 | J | | |
| 11. - Kimberly Clark Corp. Common Stock | A | Dividend | J | T | | | | | |
| 12. - Newell Rubbermaid Inc. Common Stock | A | Dividend | J | T | | | | | |
| 13. - Nokia Corp. Sponsored ADR Common Stock | A | Dividend | J | T | | | | | |
| 14. - Pentair Inc. Common Stock | A | Dividend | J | T | | | | | |
| 15. - Pfizer Inc. Common Stock | A | Dividend | J | T | | | | | |
| 16. - Sasol Ltd., Spons. ADR Common Stock | A | Dividend | J | T | | | | | |
| 17. - Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust asset) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Altria Group Inc. Common Stock | A | Dividend | J | T | | | | | |
| 19. - Aqua America Inc. Common Stock | A | Dividend | J | T | | | | | |
| 20. - AT&T Inc. Common Stock | A | Dividend | K | T | Buy (add'l) | 2/21 | J | | |
| 21. - Chesapeake Energy Corp. Common Stock | A | Dividend | J | T | Buy (add'l) | 1/4 | J | | |
| 22. | | | | | Buy (add'l) | 3/25 | J | | |
| 23. | | | | | Buy (add'l) | 3/28 | J | | |
| 24. - Citibank NA Bank Deposit Program (Y) | | | | | | | | | |
| 25. - Honeywell Intl Inc. Common Stock | A | Dividend | J | T | | | | | |
| 26. - Microsoft Corp Common Stock | A | Dividend | J | T | | | | | |
| 27. - Mitsubishi UFJ Financial Group Inc. ADR Common Stock | A | Dividend | J | T | | | | | |
| 28. - Montpelier RE Holdings Ltd. Common Stock | A | Dividend | | | Sold | 11/21 | J | | |
| 29. -Procter & Gamble Co. Common Stock | A | Dividend | K | T | Buy (add'l) | 7/10 | J | | |
| 30. | | | | | Buy (add'l) | 12/18 | J | | |
| 31. - Sears Holding Corp. Common Stock | | None | | | Sold (part) | 5/22 | J | B | |
| 32. | | | | | Sold (part) | 5/27 | J | B | |
| 33. | | | | | Sold | 6/11 | J | A | |
| 34. - Wal-Mart Stores Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 8/7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -American Intl Group Inc. Common Stock | A | Dividend | J | T | Sold (part) | 1/04 | J | | See note in Part VIII |
| 36. -Citibank NA South Dakota Bank Deposit Program | C | Interest | K | T | | | | | See Note in Part VIII |
| 37. -CVS Caremark Corp. Common Stock | A | Dividend | J | T | | | | | |
| 38. -Foster Wheeler LTD Bermuda Common S tock | | None | J | T | Buy (add'l) | 2/27 | J | | |
| 39. | | | | | Sold (part) | 2/27 | J | A | |
| 40. -L-1 Identity Solutions Inc. Common Stock | | None | J | T | | | | | |
| 41. -Nabors Industries LTD-USD New Common Stock | | None | J | T | | | | | |
| 42. -Patterson UTI Energy Inc. Common Stock | A | Dividend | | | Sold | 9/9 | J | | |
| 43. -WM Wrigley Jr Co. Common Stock | A | Dividend | | | Sold | 5/1 | J | C | |
| 44. - Western Asset Municipal Money Market Fund Cl A (Y) | | | | | | | | | |
| 45. - Citicorp Trust Bank FSB Bank Deposit Program | B | Interest | | | | | | | See Note in Part VIII |
| 46. - Transocean Ltd Switzerland Common St ock | | None | J | T | Sold (part) | 2/1 | J | A | See Note in Part VIII |
| 47. - Seaspan Corp Common Stock | A | Dividend | J | T | | | | | |
| 48. - Align Technology Inc Common Stock | | None | J | T | | | | | |
| 49. - Annaly Capital Management Inc Common Stock | A | Dividend | J | T | Buy (add'l) | 2/29 | J | | |
| 50. | | | | | Buy (add'l) | 3/3 | J | | |
| 51. | | | | | Sold (part) | 5/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Citadel Broadcasting Corp Common Stock | | None | | | Sold | 6/11 | J | | |
| 53. - Darling Intl Inc Common Stock | | None | J | T | | | | | |
| 54. - EMC Corp - Mass Common Stock | | None | | | Sold | 8/8 | J | | |
| 55. - Energy Transfer Partners LP Common Stock | B | Distribution | J | T | Buy (add'l) | 2/15 | J | | |
| 56. | | | | | Buy (add'l) | 9/23 | J | | |
| 57. - Genesis Lease Ltd ADR Common Stock | A | Dividend | J | T | | | | | See Note in Part VIII |
| 58. - Home Depot Inc Common Stock | A | Dividend | J | T | Buy (add'l) | 1/7 | J | | |
| 59. | | | | | Buy (add'l) | 2/26 | J | | |
| 60. | | | | | Buy (add'l) | 5/16 | J | | |
| 61. - Impala Platinum Holdings Ltd Sponsored ADR Common Stock | A | Dividend | | | Sold | 3/14 | J | C | |
| 62. - Layne Christensen Co Common Stock | | None | J | T | | | | | |
| 63. - Lowes Companies Inc Common Stock | A | Dividend | J | T | Buy (add'l) | 2/21 | J | | |
| 64. - McDonalds Corp Common Stock | A | Dividend | J | T | | | | | |
| 65. - Telecom Italia SPA-ADR Common Stock | | None | | | Sold | 3/10 | J | | |
| 66. - Wachovia Corp 2nd Common Stock | A | Dividend | J | T | | | | | |
| 67. - Walter Inds Inc Common Stock | | None | | | Sold | 1/17 | J | B | |
| 68. - BP PLC Spons ADR Common Stock | A | Dividend | J | T | Buy | 3/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/2 | J | | |
| 70. - Bristol Myers Squibb Co. Common Stock | A | Dividend | J | T | Buy | 5/21 | J | | |
| 71. - Colgate Palmolive Co Common Stock | A | Dividend | J | T | Buy | 2/1 | J | | |
| 72. - Conagra Foods Inc. Common Stock | A | Dividend | J | T | Buy | 8/13 | J | | |
| 73. - Deere & Co. Common Stock | A | Dividend | J | T | Buy | 6/5 | J | | |
| 74. | | | | | Buy (add'l) | 7/16 | J | | |
| 75. - El Paso Corp. Common Stock | A | Dividend | J | T | Buy | 7/7 | J | | |
| 76. - General Electric Co. Common Stock | A | Dividend | J | T | Buy | 3/5 | J | | |
| 77. - H J Heinz Co. Common Stock | A | Dividend | J | T | Buy | 2/29 | K | | |
| 78. - Hewlett Packard Co. Common Stock | A | Dividend | J | T | Buy | 8/8 | J | | |
| 79. - Kellogg Co. Common Stock | A | Dividend | J | T | Buy | 3/25 | J | | |
| 80. | | | | | Buy (add'l) | 12/18 | J | | |
| 81. - Kraft Foods Inc. Class A Common Stock | A | Dividend | J | T | Buy | 6/24 | J | | |
| 82. | | | | | Buy (add'l) | 10/29 | J | | |
| 83. - Marathon Oil Corp. Common Stock | A | Dividend | J | T | Buy | 2/5 | J | | |
| 84. | | | | | Buy (add'l) | 2/15 | J | | |
| 85. | | | | | Buy (add'l) | 2/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | Amount Code 1 (A-H) | Type (e.g., div., rent, or int.) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

=$15,001

| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
|---|---|---|---|---|
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - IRA Franklin Templeton Mutual Shares Fund Class A | C | Dividend | L | T | | | | | |
| 104. - IRA Smith Barney Money Funds Inc. Class A | A | Interest | J | T | | | | | |
| 105. - IRA Smith Barney Money Funds Class A | C | Interest | M | T | | | | | |
| 106. IRA Smith Barney (Y) | | | | | | | | | |
| 107. - Guardian Whole Life | E | Dividend | N | T | | | | | |
| 108. - Citibank NA Bank Deposit | A | Interest | J | T | | | | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII-Line 35 - Entry to show partial sale of AIG stock on 1/4, but at the end of the reporting period, value of shareholder's holdings in AIG no longer reportable

Part VII-Line 36 - Citibank NA South Dakota Bank Deposit Program is a sweep money market bank account

Part VII-Line 45 - Citicorp Trust Bank FSB Bank Deposit Program is a sweep money market bank account which earned reportable dividends in 2008, but had zero value at the end of the reporting period

Part VII-Line 46 - Due to a merger on 12/19, shareholders'a shares of Transocean Inc Common Stock were exchanged for equal number of shares of Transocean Ltd Switzerland Common Stock

Part VII-Line 57 - Description of asset originally listed as General Lease Ltd ADR Common Stock, should be Genesis Lease Ltd. ADR Common Stock

Part VII - Line 108 - Should be moved to BROKERAGE ACCOUNT #3 -

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



S

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT ___CT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544